NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FUJIAN HONGAN ELECTRIC CO., LTD.** AND
**ZHEJIANG TRIMONE ELECTRIC SCIENCE &
TECHNOLOGY CO., LTD.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**LEVITON MANUFACTURING CO., INC.,**
*Intervenor.*

---

2012-1493

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-739.

---

**ON MOTION**

---

**ORDER**

Leviton Manufacturing Company, Inc. moves without opposition to intervene in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

JUL 0 6 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Lei Mei, Esq.
     Clark S. Cheney, Esq.
     Larry L. Shatzer, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 6 2012

JAN HORBALY
CLERK